# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Adventus Technologies Incorporated ) ASBCA No. 62131
)
Under Contract No. W912BV-19-P-0046 )

APPEARANCE FOR THE APPELLANT: Christian C. Nisttahuz, Esq.
    Norton Rose Fulbright US LLP
    Dallas, TX

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Bryan M. Harrington, Esq.
    Engineer Trial Attorney, Tulsa District

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 7, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62131, Appeal of Adventus Technologies Incorporated, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals